General Civil Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Michael A. Kelly
General Delivery
Bay City MI 48707

                    Plaintiff(s),

v.

Sec. of Vet's Affairs
Mr. Robert McDonald
810 Vermont Ave, NW
Washington D.C.
20420

                    Defendant(s).

_____/

Case:1:14-cv-14413
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-18-2014 At 12:05 PM
CMP Kelly v. McDonald (krk)

## COMPLAINT

I.   Defendant(s).   Print the full name for each defendant.   If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. MR. ROBERT MC DONALD _____

2. _____

3. _____

4. _____

5. _____

II.   Statement of claim.   Briefly state the facts of your case.   Describe how each defendant is involved, and exactly what each defendant did, or failed to do.   Include names of any other persons involved, dates, and places.   You may use additional paper if necessary.

NOTE ENCLOSED LETTER (COPY) TO SEC. MCDONALD + ITS 6 ATTACHMENTS.
THE HONORABLE SEC. HAS PERSONALLY BEEN AWARE OF MY EMERGENCY,
UN-SAFE & UN-FIT LIVING CONDITIONS SINCE 11-19-14; 2 DAYS

) General Civil Complaint

AFTER I MAILED HIM THE ATTACHED LETTER & ITS 6 ATTACHMENTS.
MR. McDONALD MAY NOT BE RESPONSIBLE FOR ANY VET'S TIMELY hearing
OF VET'S CLAIMS BEFORE HE BECAME THE SEC., BUT HE IS NOW. LAST
NIGHT IT WAS 17 DEGREES AT 4:30 A.M. I GOT NO SLEEP AT ALL LAST
NIGHT. EARLIER IN NOV. & OCT. I AVERAGED 3-4 HRS. PER NIGHT.
SEC. McDONALD'S NON-FEASANCE IS GREATLY ENDANGERING MY
HEALTH & SAFETY.
I WILL IMPEACH THE SEC. W/HIS OWN QUOTES FROM 60 MINUTES,
WHICH AIRED 11-09-14, NATIONALLY.

III.   Relief.   Briefly state exactly what you want the court to do for you.

I AM ASKING THE U.S. DIST. COURT TO:

A. FIND THAT THE DEPT. OF VET'S AFFAIRS ULTIMATE SPVSR,
ROBERT McDONALD, SHOULD IMMEDIATELY SCHEDULE THE PLAINTIFF
TO HAVE HIS APPEALS CLAIM HEARD, VIA VIDEO-CONFERENCE. THIS
CASE CAN BE HEARD W/2 BUSINESS DAYS NOTICE TO THE PLAINTIFF
AT THE SAGINAW VAMC, OR 4 BUSN. DAYS NOTICE AT THE
FEDERAL McNAMARA BLDG. IN DETROIT.

B. FIND THE SEC. RESPONSIBLE TO PAY THE PLAINTIFF 135$ PR WK.,
PRO-RATED FROM 11-21-14, THE CHEAPEST LOCAL WKLY HOTEL RATE,
FROM THE LAST DAY MY APPEALS WERE HEARD IN DETROIT, 11-21-14.
THANK YOU

135 PR WK., UNTIL DECISION RENDERED RE
CLAIMS APPEAL

) General Civil Complaint

IV.  Additional Information. – Briefly enter any additional information, you may use additional paper.

IF THE SEC. WANTS TO KNOW WHICH VAMC EMPLOYEE IS TOTALLY RESP-
ONSIBLE FOR THE PLAINTIFF BEING ILLEGALLY EVICTED FROM 2 OF THE LAST
3 SHELTERS THE PLAINTIFF WAS IN OVER THE PAST 2 YRS ITS ERIC
NORMAN, LMSW, HOMELESS VET'S OUTREACH CO-ORDINATOR. THE PLAINTIFF
HAS FILED SEVERAL GRIEVANCES AGAINST NORMAN & NORMAN ADVISES
THESE SHELTERS ON HOW TO HANDLE VET'S. THE PLAINTIFF HAS SUED ALL
3 OF THE ABOVE MENTIONED SHELTERS. RETALIATION.

V.  Demand for Jury Trial.  Check this box if you want your case to be decided by a jury, instead of a judge.

☐     Plaintiff demands a jury trial on all issues.

Dated: 11-18-14

_Debra J Gallagher_
**Debra J Gallagher**
Notary Public Bay County Michigan
Commission Expires 7/29/2019

On this 18 day of NOV, 2014

Before me personally appeared _Michael A Kelly_

_____
**known** to be the person(s) described in and **who executed**
**the** foregoing instrument and acknowledged that **they**
**executed** the same as their free act and deed.

_Michael A. Kelly_
Plaintiff's Signature

_Michael A. Kelly_
Plaintiff's Printed Name

_GENERAL DELIVERY_
Street Address

_BAY CITY, MI 48707_
City, State, Zip Code

_N/A - AWAITING RECEIPT. PANELS_
Telephone Number

_PMKLW1962@YAHOO.COM_
E-mail Address

```
=======================================
            BAY CITY MAIN PO
           BAY CITY, Michigan
              487089998
            2539230211-0096
    11/17/2014 (800)275-8777 04:50:29 PM
=======================================
============ Sales Receipt ============
Product         Sale Unit      Final
Description      Qty Price      Price

WASHINGTON DC 20420 Zone-4      $0.70
First-Class Mail Letter
1.40 oz.
 Expected Delivery: Thu 11/20/14
                               ========
 Issue Postage:                 $0.70


                              ==========
Total:                          $0.70

Paid by:
Cash                            $0.75
Change Due:                    -$0.05
```

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

11-17-14

To:  the HONORABLE SECRETARY of VET'S  AFFAIRS, Mr. Robert(Bob)McDonald

From:  Michael A. Kelly, handicapped Vet.

Re:   My as of yet, unheard, Disability claim

Mr. Secretary –

I watched your interview on 60 Minutes, which aired on 11-09-14.

I was Impressed w/your words.

You claim that 1 report that crossed your desk recommended 1.000 or more

Current V.A. employees be fired.  I feel that number is grossly under-estimated, Sir.

I've been going to the VAMC here in Saginaw MI. since 2007.  I have no complaints w/the "Medical"treatment I've rec'vd at the Saginaw V.A.

It's the other stuff that needs to be addressed.  I've filed complaint, after complaint, after complaint, over the lack of respect I've rec'vd from V.A. Social Workers and Spvsrs.  I've had social workers make fraudulent entries in my file.  I've been told by a program director that I need to take  a "psych exam" before I am re-admitted inot a program that I graduated from 2 yrs. Earlier.  I been the victim of breech of confidentiality as on 1 occasion  my then Social worker, Mr. Kevin Larry, walked into a private conference I was having w/the Patient advocate.  I was

"BATTERED" at a mediation conference while at the Saginaw V.A. on 04-10-14,

By a visiting AA Male from Detroit, Mr. Lawrence Carrol.  A battered Patient report was taken by Social worker Mary Wegerski, and I filed a V.A. Police report over the incident in late April, 2014.

Sir – I am Handicapped, Homeless, unemployed, and over 50, w/no income.

I requested that my disability claim be EXPIDITED in May of 2014.  If it were not for a close friend of mine, who holds a Masters Degree from MI.State, I would be sleeping outside, instead of his garage.

Please note enclosures 1 – 6.  I believe they are self-explanatory.

If I do not have  a notice of an upcoming video-conference re. my claim w/in the next 3 days a Law-suit against you will be filed Sir.

*Michael A. Kelly*

Michael A. Kelly,

Homeless, unemployed, handicapped Vet.

General Delivery

Bay City MI., 48707

e-address – pmklw1962@yahoo.com

cc:  file


p.s.:  I'd rather be working at the VAMC and even though I have 2 degrees I'd gladly scrub toilets just to be employed but the Saginaw VAMC has repeatedly

Discriminated against me via Retaliation.  See failure to hire complaint

200j-0655-2014101779

*Jennifer Manz*

Jennifer Manz
Notary Public, Bay County
Commission Expiration 12/27/2020

**Subject:** VA Claim

**From:** Bennett, Jacob (Jacob.Bennett@mail.house.gov)

**To:** pmklw1962@yahoo.com;

**Date:** Tuesday, July 29, 2014 1:44 PM

Mr. Kelly,

Your most recent privacy release for was received by our office and we forwarded your inquiry to the Detroit Regional VA office. As soon as we get a response we will notify you.

**Jake Bennett**

Deputy District Director

Congressman Dan Kildee (MI-05)

801 S. Saginaw St.

Plaza Level

Flint, MI 48502

Phone: 810-238-8627

Fax: 810-238-8658

www.dankildee.house.gov



Sign up for Congressman Dan Kildee's e-newsletter

**Subject:**  RE: Mr. Bennett I heard through Bay Co. Vet's council-Man, John Toussaint,

**From:**  Bennett, Jacob (Jacob.Bennett@mail.house.gov)

**To:**  pmklw1962@yahoo.com;

**Date:**  Tuesday, October 28, 2014 10:30 AM


Thanks.  As soon as I get it I will send it on.

-Jake

---

**From:** Mike Kelly [mailto:pmklw1962@yahoo.com]
**Sent:** Tuesday, October 28, 2014 10:26 AM
**To:** Bennett, Jacob
**Subject:** Re: Mr. Bennett I heard through Bay Co. Vet's council-Man, John Toussaint,


Mr. Bennett -

thank you 4 pursuing  my expedited claim.

I can't go to any of the local shelters as I've been banned from all 3.

I have been, for the past 11 nights, sleeping in my buddies garage.

There is no heat, electricity, or running water in my buddies wooden garage.  I'm sure that will satisfy
criteria 2.

"A public or private place not designed for, or ordinarily used as, a regular sleeping accommodation
for Human Beings."

A letter from my friend and Host w/the garage will be forthcoming.


Thank You


Michael A. Kelly

Homeless Handicapped Vet.

General Delivery,

Bay City MI., 48707

2.



Home   Mail   News   Sports   Finance   Weather   Games   Groups   Answers   Screen   Flickr   Mobile   More ⌄

Search Mail    Search Web    🏠 Home   👤 Mike   ⚙

**Compose**

Inbox (80)
Drafts (249)
Sent
Spam (37)
Trash
⌄ Folders
⌄ Smart Views
   Unread
   Starred
   Important
   People
   Shopping
   Finance
⌄ Recent

My Games

Recommended Games

More games »

↩ ↩ ➡   🗑 Delete   📁 Move ⌄   Spam ⌄   ••• More   ⬆ ⬇ ✕

RE: Fw: bennettexpidited2zipka - Dave - cou...   [ Important ]   ☆

**davsus@charter.net**                                        Oct 29
To  me

Mr. Bennett,

Mike Kelly is sleeping in a shed in  my backyard.  The shed is an
uninsulated, barn type  swinging door with no utilities.   Please
help as this is a temporary, not a permanent, solution.

David Szczypka
2709 S. Monroe
Bay City, MI  48708
(989)-895-9943

On Tue, Oct 28, 2014 at 10:45 AM, Mike Kelly wrote:

night.  Please remember to affix your address and
telephone no., should the Board wish to confirm your
statement.  Thank You,
Mike Kelly
p.s.  You may either give me this letter in Person or
e-mail it.  Thank You

On Tuesday, October 28, 2014 10:40 AM, Mike Kelly
<pmklw1962@yahoo.com> wrote:

>

Find yearbook photos from:

1940  1950  1960  1970  1980
1941  1951  1961  1971  1981
1942  1952  1962  1972  1982
1943  1953  1963  1973  1983
1944  1954  1964  1974  1984
1945  1955  1965  1975  1985
1946  1956  1966  1976  1986
1947  1957  1967  1977  1987
1948  1958  1968  1978  1988
1949  1959  1969  1979

classmates          Start now



To Bennett, Jacob

Mr. Bennett -
I just "forwarded" a note re. my homelessness and sleeping
arrangement in my friends Garage.
If you think anything else would help re. the expediency of my
Disability claim please let me know.

Thank You,
Michael A. Kelly,
Handicapped Vet.


On Tuesday, October 28, 2014 10:30 AM, "Bennett, Jacob"
<Jacob.Bennett@mail.house.gov> wrote:


Thanks.  As soon as I get it I will send it on.
-Jake

**Subject:**   Mr. Bennett - Happy Friday Sir. I have some bad news to report

**From:**   Mike Kelly (pmklw1962@yahoo.com)

**To:**   jacob.bennett@mail.house.gov;

**Date:**   Friday, November 14, 2014 9:37 AM

I'm sure you've done all you can do to get me a seat at the next                                    11-14-14
Disability claims hearing in Detroit.  The problem is the Board is meeting in Detroit on 11-19 and I have not been invited.  I've been at stage 3 appeal for over 14 months.
My claim was supposedly EXPIDITED by Tom Mengesa, disability claims specialist, last May.
During the Last 6 months, as you know I've either been sleeping in the Park or at my buddies unheated, wooden garage, which has Mice.  In June,  July, and Aug. of 2014 my Sis. paid for 1 wks stay, pr. month at a local Hotel.
Sleeping in an un-heated garage, which has no electricity and no running water I risk catching
pneumonia.  I'm going to the Post Office right now.  If there is not an invitation from the Board of Review to
hear my case this month a Fed. Law-suit will be filed against the new Sec. of Vet's Affairs, Mr. McDonald.
I will Impeach him with his own words on 60Minutes.
A copy of this transmission will also end up in Fed. Court.  Here in Bay City the Fed. Court is right above the U.S.Post Office.

Thank you for doing what you could.
Sincerely,


Michael A. Kelly,
Homeless, handicapped Vet.
General Delivery
Bay City MI., 48707

**Mr. thomas -** (LANNIE) - DTET - DISABILITY OFFICE

People

- <u>me</u>
- 
- Today at 1:37 PM

To

- lannie.thomas@va.gov

Have you had any contact w/Jacob Bennett, Congressman Kildes aid re. my claim?

I am officially requesting you send me whatever papers I need to fill out re. a request

to have my case heard via e-conference.

I don't belive you or the Board realize how un-safe it is for a middle-aged, handicapped

Vet to be sleeping in a Mouse-infested garage this time of yr.

My phone is not working properly.  Please send any info. re. my requests to me @

pmklw1962@yahoo.com.  Thank You,

Michael A. Kelly,

Homeless, unemployed, handicapped Vet.

You can pdf video-conference request forms, can't you?

JS 44   (Rev. 12/07)

# CIVIL COVER SHEET   County in which action arose BAY

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)   PLAINTIFFS**   MICHAEL A. KELLY

**DEFENDANTS**   SEC. OF VET'S AFFAIRS
MR. ROBERT MCDONALD

**(b)**   County of Residence of First Listed Plaintiff   BAY
(EXCEPT IN U.S. PLAINTIFF CASES)

Case:1:14-cv-14413
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-18-2014 At 12:05 PM
CMP Kelly v. McDonald (krk)

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
(U.S. Government Not a Party)

☒ 2   U.S. Government
Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☒ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
another district
(specify)

☐ 6   Multidistrict
Litigation

☐ 7   Appeal to District
Judge from
Magistrate
Judgment

**VI.   CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:

**VII. REQUESTED IN
COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

**VIII. RELATED CASE(S)
IF ANY**   (See instructions):   JUDGE   DOCKET NUMBER

DATE   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.　　　　Other than stated above, are there any pending or previously
　　　　　discontinued or dismissed companion cases in this or any other
　　　　　court, including state court? (Companion cases are matters in which
　　　　　it appears substantially similar evidence will be offered or the same
　　　　　or related parties are present and the cases arise out of the same
　　　　　transaction or occurrence.)　　　　　　　　　　　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :